# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**888**

**CA 10-02515**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND MARTOCHE, JJ.

IN THE MATTER OF CHARLES DEMCHIK,
CLAIMANT-APPELLANT,

V                                                                ORDER

COUNTY OF NIAGARA, NIAGARA COUNTY SHERIFF'S
OFFICE, AND JAMES R. CONTOUR, IN HIS OFFICIAL
CAPACITY AS NIAGARA COUNTY SHERIFF,
RESPONDENTS-RESPONDENTS.

DEMARIE & SCHOENBORN, P.C., BUFFALO (JOSEPH DEMARIE OF COUNSEL), FOR
CLAIMANT-APPELLANT.

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (AMANDA C. SCHIEBER OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Niagara County
(Richard C. Kloch, Sr., A.J.), entered March 10, 2010.  The order
denied the application of claimant for leave to serve a late notice of
claim.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  September 30, 2011                    Patricia L. Morgan
                                               Clerk of the Court